NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOULDTEC, INC.,**
*Plaintiff-Appellee,*

v.

**PAGTER & PARTNERS INTERNATIONAL B.V., PAGTER INNOVATIONS, INC.,**

*Defendants-Appellants.*

---

2016-1131

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:12-cv-04249, Judge Virginia M. Kendall.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Counsel from the firm of Banner & Witcoff, Ltd move to withdraw as counsel for the appellee.

Federal Circuit Rule 47.3(a) allows an individual to represent himself or herself, but prohibits a corporation,

partnership, organization, or other legal entity from being represented by a nonattorney. *See also Int'l Inst. for Fundamental Studies, Inc. v. United States,* 222 Ct. Cl. 626, 630-31 (1980). Thus, new counsel must enter an appearance on behalf of the appellee if the appellee intends to participate in this matter.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. New counsel must enter an appearance within 14 days of this order. Banner & Witcoff, Ltd. is directed to promptly provide a copy of this order to the appellee.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court